JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

CHRISTINA L.P.,[1]

           Plaintiff,

      v.

FRANK BISIGNANO, Commissioner of Social Security Administration,

           Defendant.

Case No. 2:24-cv-01221-JC

JUDGMENT

IT IS HEREBY ADJUDGED that the decision of the Commissioner of Social Security Administration is AFFIRMED.

DATED:  January 29, 2026

                            /s/

                   Honorable Jacqueline Chooljian
                   UNITED STATES MAGISTRATE JUDGE

---

[1]Plaintiff's name is partially redacted to protect plaintiff's privacy in compliance with Federal Rule of Civil Procedure 5.2(c)(2)(B) and the recommendation of the Committee on Court Administration and Case Management of the Judicial Conference of the United States.